In re **NINTENDO OF AMERICA, INC.,** **Micro Electronics, Inc., Hastings Entertainment, Inc., Gamestop Corp., Best Buy Stores, L.P., BestBuy.Com, LLC, Kmart Corporation, Target Corporation, and Toys 'R' US–Delaware, Inc., Petitioners.**

No. 2014–132.

United States Court of Appeals, Federal Circuit.

June 25, 2014.

### ORDER

In view of this court's concurrent grant of Nintendo of America, Inc. et. al.'s petition for a writ of mandamus to sever, transfer, and stay,

IT IS ORDERED THAT:

This emergency motion is denied as moot.